No. 85. FISHER, RECEIVER, *v.* WHITON, EXECUTRIX, ET AL. December 14, 1942. It is ordered that the opinion of the Court in No. 85, *Fisher* v. *Whiton,* filed December 7, 1942, be amended by inserting after the word "eliminated" in footnote 5 on page 2 of the slip opinion the following phrase: "where there has been compliance with the provisions of the statute,".

Opinion reported as amended, *ante*, p. 217.